

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00379-CV

| | | |
|---|---|---|
| City of Justin | § | From 158th District Court |
| | § | of Denton County (15-10032-158) |
| v. | § | May 19, 2016 |
| Ronald Wesolak | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render a judgment granting the City of Justin's plea to the jurisdiction and dismissing appellee Ronald Wesolak's claims.

It is further ordered that appellee Ronald Wesolak shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
Justice Sue Walker